PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS
Trial Attorneys
Email: tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460
*Attorneys for Federal Defendants Sued in their Official Capacities and the Federal Intervenor-Defendants (United States of America, National Security Agency, President George W. Bush)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>_____<br><br>This Document Relates Only To:<br><br>Shubert v. Bush, 07-693<br>_____ | **No. M:06-cv-01791-VRW**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINES FOR MOTION TO DISMISS AND RELATED BRIEFING IN SHUBERT V. BUSH, CASE NO. 07-693**<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

**RECITALS**

1. On November 7, 2006, the Government filed a Motion to Stay MDL Proceedings, Dkt. 67-69 ("Motion to Stay"). (As in the Joint Case Management Statement, Dkt. 61, "the Government" refers to the federal defendants sued in their official capacities in these actions and the federal intervenor-defendants (United States of America, National Security Agency, President George W. Bush).)

2. On February 20, 2007, the Court granted in part and denied in part the Government's stay motion. With respect to all cases in MDL 1791 other than <u>Hepting v. AT&T</u>, Case No. 06-672, the Court stated that it would enter a stay pending resolution of the interlocutory appeal in <u>Hepting</u> if the parties stipulate to a stay. If the parties in any non-<u>Hepting</u> case did not stipulate to a stay, the Court ordered the defendants to answer or otherwise respond to the complaint in such case not later than March 29, 2007.

3. The Plaintiffs in <u>Shubert v. Bush</u>, Case No. 07-693, did not stipulate to a stay pending resolution of the <u>Hepting</u> appeal. However, the parties in <u>Shubert</u> have agreed to a modified briefing schedule, as set forth in the Stipulation below.

**STIPULATION**

Plaintiffs, through their counsel, and the Government, through their attorneys of record, hereby stipulate to the following schedule and request that the Court make this stipulation an order of the Court:

1. On or before May 18, 2007, the Government will file a dispositive motion and any assertion of the military and state secrets privilege in <u>Shubert v. Bush</u>, Case No. 07-693.

2. On or before June 29, 2007, Plaintiffs in <u>Shubert</u> will file an opposition to the Government's dispositive motion.

3. On or before July 20, 2007, the Government will file a reply brief in support of its dispositive motion.

4. On August 3, 2007, or at another time thereafter convenient to the Court, oral

1 argument will be held on the Government's dispositive motion.

2

3 DATED: March 12, 2007

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone:  (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By:     */s Anthony J. Coppolino*
            Anthony J. Coppolino

          */s Andrew H. Tannenbaum*
           Andrew H. Tannenbaum

Attorneys for United States of America, National Security Agency, President George W. Bush

//
//
//
//
//

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, ANDREW H. TANNENBAUM, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on March 12, 2007, in the City of Washington, District of Columbia.

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm. 7328
Washington, DC 20001
Telephone: (202) 514-4782 — Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By:   */s Andrew H. Tannenbaum*
         Andrew H. Tannenbaum

Attorneys for United States of America, National Security Agency, President George W. Bush

EMERY CELLI BRINCKERHOFF
 & ABADY LLP
545 Madison Avenue, 3rd Floor
New York, NY 10022
(212) 763-5000

By:   */s Ilann M. Maazel*
         Matthew D. Brinckerhoff
         Ilann M. Maazel

Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, and good cause appearing, it is hereby ORDERED that:

1. On or before May 18, 2007, the Government may file a dispositive motion and any assertion of the military and state secrets privilege in <u>Shubert v. Bush</u>, Case No. 07-693.

2. On or before June 29, 2007, Plaintiffs in <u>Shubert</u> may file an opposition to the Government's dispositive motion.

3. On or before July 20, 2007, the Government may file a reply brief in support of its dispositive motion.

4. On ~~August 3, 2007, or at another time thereafter convenient to the Court,~~ August 16, 2007 at 2:00 p.m., oral argument will be held on the Government's dispositive motion.

IT IS SO ORDERED.

Dated: March 20, 2007.



IT IS SO ORDERED AS MODIFIED

Judge Vaughn R Walker
United States District Chief Judge