**[~~PROPOSED~~] ORDER**

Pursuant to the foregoing stipulation to extend time to renew motion to dismiss and for summary judgment and good cause appearing, it is hereby ORDERED that:

1. The Government Defendants' renewed motion to dismiss and for summary judgment shall be filed no later than October 27, 2009.

2. The Plaintiffs' opposition to that motion shall be filed no later than December 2, 2009.

3. The Government Defendants' reply in support of the motion shall be filed no later than December 8, 2009.

4. A hearing on the Government Defendants' motion shall be conducted on December 15, 2009, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __Oct 21__, 2009.



The Honorable Judge Vaughn R Walker
United States District Judge

---

**Second Stipulation to Extend Time to Renew Motion to Dismiss and for Summary Judgment**
*Shubert v. United States* **(07-cv-693-VRW)/(MDL 06-cv-1791-VRW)**