United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN AND JOICE WALTON, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,

Plaintiffs,

v

NATIONAL SECURITY AGENCY ET AL,

Defendants.

No C 08-cv-4373 VRW

IN RE:

NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION

THIS DOCUMENT RELATES TO:

VIRGINIA SHUBERT, NOHA ARAFA, SARAH DRANOFF AND HILARY BOTEIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiffs,

v

BARACK H OBAMA ET AL,

Defendants.

/

MDL Docket No C 06-1791 VRW

Member case No C 07-0693 VRW

ORDER

The order filed in these two cases on January 21, 2010 (Doc #57 in No C 08-cv-4373 VRW; Doc #703 in MDL No C 06-1791 VRW; and Doc #46 in No 07-0693 VRW) is hereby amended as follows: the word “six” on page 4 line 4 is replaced with the word “five.”

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge