UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

REASSIGNMENT ORDER
Judge Yvonne Gonzalez Rogers

A.     IT IS ORDERED that this case is reassigned to the Honorable Yvonne Gonzalez Rogers for all further proceedings.

    1.     All future filings shall bear the new initials YGR immediately after the case number.

    2.     All subsequent hearings shall be held in Courtroom 5 of the United States Courthouse, Ronald V. Dellums Federal Building, 1301 Clay Street, Oakland, California.

    3.     All matters previously referred to a magistrate judge shall remain before that magistrate judge.

    4.     Cases previously referred to an ADR process (at filing, by order of the previously assigned judge, or by stipulation and order) shall proceed under the terms of the applicable ADR local rule.   Dates for previously scheduled ADR telephone conferences shall remain in effect.

    5.     All discovery limitations and cutoff dates and other deadlines associated with this case, such as disclosure and expert deadlines, shall remain in effect.

    6.     All case management conference dates are VACATED and will be reset by the Court.

    7.     Except for matters noticed for hearing before a magistrate judge, all law and motion hearing dates are VACATED and must be re-noticed by the moving party for a Tuesday at 2:00 p.m.   If fully briefed, the re-noticed date must provide the Court with at least three weeks to consider the new filing. The parties shall jointly deliver courtesy copies of all filings on any pending motions no less than two weeks before the re-noticed date.   The re-noticed date shall not affect the original briefing schedule.

    8.     All pretrial conference and trial dates **within eight weeks** of a Reassignment date are VACATED.   Trial counsel for these cases must contact chambers immediately to set a case management conference.

    9.     All trial dates set outside of the **eight-week window** will be maintained as close to the original date as possible.   The Court will issue a separate order to the parties resetting the trial and trial-related deadlines.

      10.     The parties must review the Court's standing orders, which can be found at http://cand.uscourts.gov/ygrorders.

B.     IN ADDITION TO THE FOREGOING, Judge Gonzalez Rogers ORDERS that within seven (7) business days of the date of this order, the parties shall file a **Joint Case Management Conference Statement** (separate statements are appropriate if one or more parties is proceeding without counsel).  The Statement may not exceed fifteen (15) pages in length and should address EACH item listed in the following order:

      1.     Date case was filed;
      2.     List or description of all parties;
      3.     List of all current deadlines, including those for dispositive motions, pretrial conferences, discovery cutoff (both fact and expert) and trial date;
      4.     List of all pending motions and status of briefing;
      5.     Brief description of the event underlying the action;
      6.     Summary of all claims, counterclaims, crossclaims, third party claims;
      7.     List and description of relief sought and damages claimed with an explanation as to how damages are computed;
      8.     Status of discovery;
      9.     Procedural history of the case including a list of previous motions decided, ADR proceedings or settlement conferences scheduled or concluded, appellate proceedings pending or concluded, and any previous referral to a magistrate judge, including the purpose of the reference;
      10.    If there is an immediate need for a case management conference to be scheduled in the action.

C.     PARTIES ARE ADVISED that the Court encourages litigants to consent to the jurisdiction of a magistrate judge for all proceedings including trial.  The Court will accept requests for assignment to a specific magistrate judge or can assign from a limited pool of three.  Profiles can be found at http://cand.uscourts.gov/judges.  Parties are ordered to discuss this option with their clients, confirm the same, and advise whether they will consent to the jurisdiction of a magistrate judge for all proceedings including trial.

D.     IN ADDITION TO THE FOREGOING, Judge Gonzalez Rogers ORDERS that within eight (8) business days of the date of this order, a courtesy copy of the **Joint Case Management Conference Statement** shall be delivered to the Court along with **a 2" or 3" 3-ring black binder** including each of the following documents (color copies where appropriate), which shall be tabbed numerically and indexed:

          1.     Operative Complaint and Counterclaims, Crossclaims (with all attachments);
          2.     Operative Answer(s);
          3.     Joint Case Management Conference Statement;
          4.     Copies of all significant orders.

The Binder shall include a label on the spine in the following format and placed so that it can be read horizontally:

> Case No.
> Short Title
> Chambers Copy

This requirement does not apply to habeas corpus petitions and Social Security cases.

**IT IS SO ORDERED.**

Dated: September 6, 2012

_____
YVONNE GONZALEZ ROGERS
United States District Judge