IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLYN JEWEL, ET AL.,

    Plaintiffs,                                      No. C 08-04373 JSW

  v.

NATIONAL SECURITY AGENCY, ET AL.,

    Defendants.

VIRGINIA SHUBERT, ET AL.,                  No. C 07-00693 JSW

    Plaintiffs,                                       **ORDER DENYING STIPULATION TO RESET BRIEFING SCHEDULE**

  v.

BARACK OBAMA, ET AL.,

    Defendants.

This matter is set for a hearing on December 14, 2012 on three pending motions. On September 25, 2012, this Court issued an order setting out the parties' requested briefing schedule. On October 2, 2012, the parties submitted a stipulation to alter the briefing schedule. However, the stipulation fails to demonstrate good cause for the requested modification. Therefore, the request is DENIED. The briefing schedule remains as previously set.

**IT IS SO ORDERED.**

Dated: October 3, 2012

                                                            JEFFREY S. WHITE
                                                            UNITED STATES DISTRICT JUDGE