1
2

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

3
4

IN RE NATIONAL SECURITY AGENCY )
TELECOMMUNICATIONS RECORDS )
LITIGATION (M:06-cv-1791) )

Case No. 07-cv-00693-JSW

5

)
This Document Relates to: )

6
7

)
VIRGINIA SHUBERT, NOHA ARAFA, )
SARAH DRANOFF and HILARY )
BOTEIN, individually and on behalf of all )
others similarly situated, )

~~[PROPOSED]~~ **ORDER**

8

)
            Plaintiffs, )

Hon. Jeffrey S. White
Courtroom: 11, 19th Fl.

9
10

)
      -against - )
)

11

BARACK OBAMA, et al., )
)

12

            Defendants. )
_____ )

13    Upon consideration of the parties' stipulation and request to deem as filed in the docket of

14  this action certain documents from the case of *Jewel v. National Security Agency*, No. 08-CV-

15  04373-JSW, into the record of this case, and good cause appearing, it is HEREBY ORDERED

16
17  THAT:

18    1.    Documents numbered 113, 115, and 116, filed by plaintiffs in *Jewel v. National*

19  *Security Agency*, including all exhibits thereto (whether filed manually or electronically), are

20  deemed to be filed in the docket of this action in conjunction with the *Shubert* Plaintiffs'

21  Opposition to the Government Defendants' motion to dismiss and for summary judgment (*Shubert*

22  Doc. No. 79). Any evidentiary or other objection the Government may have as to these materials is

23  preserved.

24  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25

26  Date: _October 17, 2012_          _____

27                                   Honorable Jeffrey S. White
                                     United States District Judge
28