UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**DATE**: December 14, 2012        Time in Court: 2 hours 40 minutes

**JUDGE: JEFFREY S. WHITE**        **Court Reporter**: **Joan Columbini**

Courtroom Deputy: Jennifer Ottolini

CASE NO.: C- 07-693  JSW

TITLE:  Virginia Shubert, et al., v. Barack Obama, et al.,

CASE NO.: C- 08-4373  JSW

TITLE:  Carolyn Jewel, et al., v. National Security Agency, et al.,

| COUNSEL FOR PLAINTIFFS: | COUNSEL FOR DEFENDANTS: |
| --- | --- |
| Matthew Brinkerhoff  (Shubert) | Anthony Coppolino |
| Adam Pulver (Shubert) | Marcia Berman |
| Richard Wiebe (Jewel) | |
| Thomas Moore (Jewel) | |
| Cindy Cohn (Jewel) | |
| Kurt Opsahl (Jewel) | |

PROCEEDINGS:   Motions to Dismiss and Partial Summary Judgment

RESULTS:   The Court heard argument from counsel.

     Court's ex. no. 1 - Plaintiff's Response to Court's Question No. 2

     The motions are taken under submission.  A written ruling shall issue.

     The Court ordered the parties to jointly order the transcript of these proceedings on an expedited basis.