1

2

3

4                            IN THE UNITED STATES DISTRICT COURT

5

6                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

7    CAROLYN JEWEL, ET AL.,

8                    Plaintiffs,                         No. C 08-04373 JSW

9       v.

10   NATIONAL SECURITY AGENCY, ET AL.,

11                   Defendants.

12   ──────────────────────────────────
                                                         No. C 07-00693 JSW
13   VIRGINIA SHUBERT, ET AL.,

14                   Plaintiffs,                         **ORDER RE ADDITIONAL
                                                         BRIEFING**
15      v.

16   BARACK OBAMA, ET AL.,

17                   Defendants.

18   ──────────────────────────────────/

19          Having reviewed the decision by the Supreme Court in *Clapper v. Amnesty*

20   *International USA*, --- S. Ct. ---; 2013 WL 673253 (Feb. 26, 2013), the Court HEREBY

21   ORDERS additional briefing to address the issue of standing in light of the intervening

22   Supreme Court authority.

23          The Government defendants shall file a brief not to exceed 10 pages addressing the

24   authority by no later than March 6, 2013.  Plaintiffs shall file a brief in response not to exceed

25   10 pages by no later than March 13, 2013.

26          **IT IS SO ORDERED.**
     Dated:   February 27, 2013

27                                                       ─────────────────────────────
                                                         JEFFREY S. WHITE
28                                                       UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California