# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, | Case No. 3:08-cv-04373-JSW |
| Plaintiffs, | |
| v. | |
| NATIONAL SECURITY AGENCY, *et al.*, | |
| Defendants. | |
| *In re National Security Agency Telecommunications Records Litigation* (M:06-cv-1791) | Case No. 07-cv-00693-JSW |
| | **[PROPOSED] ORDER** |
| This Document Relates To: | |
| VIRGINIA SHUBERT, *et al.*, | |
| Plaintiffs, | |
| v. | Judge Jeffrey S. White |
| BARACK OBAMA, *et al*. | Courtroom 11, 19th Floor |
| Defendants. | |

Pursuant to the parties' stipulation, and good cause appearing, it is hereby ORDERED that the case management conference is continued to September 27, 2013 at 1:30 p.m. The parties shall submit a joint case management statement by no later than September 20, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  August 5, 2013

_____
U.S. District Judge Jeffrey S. White

Stipulation to Continue Case Management Conference, *Jewel v. National Security Agency* (08-cv-4373-JSW); *Shubert v. Obama* (07-cv-00693-JSW) (M:06-cv-1791)

1