IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, ET AL.,<br><br>     Plaintiffs,<br><br>  v.<br><br>NATIONAL SECURITY AGENCY, ET AL.,<br><br>     Defendants. | No. C 08-04373 JSW |
| VIRGINIA SHUBERT, ET AL.,<br><br>     Plaintiffs,<br><br>  v.<br><br>BARACK OBAMA, ET AL.,<br><br>     Defendants. | No. C 07-00693 JSW<br><br>**ORDER RE EMERGENCY APPLICATION TO ENFORCE THE COURT'S TEMPORARY RESTRAINING ORDER** |

On March 10, 2014, this Court entered a temporary restraining order requiring the preservation of relevant evidence pending the parties' further briefing and the Court's final determination of the preservation issues. In its restraining order, the Court required that the government refrain from "destroying any potential evidence relevant to the claims at issue in this action, including but not limited to prohibiting the destruction of any telephone metadata or 'call detail' records, pending further order of the Court." (Order dated March 10, 2014 at 2.)

On June 5, 2014, the Court received an emergency filing from Plaintiffs in which they contend that the government may be in violation of the Court's restraining order. Defendants shall file a response to Plaintiffs' emergency filing by no later than 12:00 noon PST on Friday, June 6, 2014. At that time, the Court shall decide whether and when to have a hearing on this matter. In the interim, the restraining order remains in effect: Defendants are ordered not to destroy any documents that may be relevant to the claims at issue in this action, including the Section 702 materials.

**IT IS SO ORDERED.**

Dated:   June 5, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE