IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, ET AL., | |
| Plaintiffs, | No. C 08-04373 JSW |
| v. | |
| NATIONAL SECURITY AGENCY, ET AL., | |
| Defendants. | |
| | |
| VIRGINIA SHUBERT, ET AL., | No. C 07-00693 JSW |
| Plaintiffs, | **ORDER SETTING HEARING** |
| v. | |
| BARACK OBAMA, ET AL., | |
| Defendants. | |

The Court HEREBY SETS an emergency hearing at 2:00 p.m. on Friday, June 6, 2014, on Plaintiff's application to enforce the Court's temporary restraining order and the Government Defendants' motion to stay enforcement of this Court's orders.

By no later than 12:30 p.m., Defendants' counsel shall provide in pleading form a single landline number for the Court to contact. Plaintiffs' counsel may appear or similarly provide a single landline number for the Court to contact.

**IT IS SO ORDERED.**

Dated: June 6, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE