Ilann M. Maazel
Matthew D. Brinckerhoff
**EMERY CELLI BRINCKERHOFF & ABADY LLP**
600 Fifth Avenue, 10th Floor
New York, New York 10020
Telephone: (212) 763-5000
Facsimile:  (212) 763-5001
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION  (M:06-cv-1791)<br><br>This Document Relates to:<br><br>VIRGINIA SHUBERT, NOHA ARAFA, SARAH DRANOFF and HILARY BOTEIN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     -against -<br><br>BARACK OBAMA, et al.,<br><br>                    Defendants. | Case No. 07-cv-00693-JSW<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br><br><br>Courtroom 5, 2nd Floor<br>The Honorable Jeffrey S. White |

   PLEASE TAKE NOTICE that, as of July 25, 2014, the New York offices of Emery Celli Brinckerhoff & Abady LLP, attorneys for Plaintiffs in the above-named matter will be located at:

600 Fifth Avenue, 10th Floor
New York, NY  10020
(212) 763-5000 (phone)
(212) 763-5001 (facsimile)

   All papers in the above-entitled action should henceforth be served upon, and all notices in the action given to, Emery Celli Brinckerhoff & Abady LLP at the address above and to the attention of the undersigned:

Dated: New York, New York
   July 23, 2014

EMERY CELLI BRINCKERHOFF
& ABADY LLP

By: _____
Ilann M. Maazel
Matthew D. Brinckerhoff

600 Fifth Avenue, 10th Floor
New York, New York 10020
Phone: (212) 763-5000
Fax: (212) 763-5001

*Attorneys for Plaintiffs*

TO:    All Counsel (by *ECF*)