STUART F. DELERY
Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
BRYAN DEARINGER
Trial Attorney
RODNEY PATTON
Trial Attorney
JULIA BERMAN
Trial Attorney
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW, Rm. 7132
Washington, D.C. 20001
Phone: (202) 514-2205; Fax: (202) 616-8470
*Attorneys for the Government Defs. in their Official Capacity*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, | Case No. 4:08-cv-04373-JSW |
| Plaintiffs, | Case No. 4:07-cv-00693-JSW |
| v. | **[PROPOSED] ORDER** |
| NATIONAL SECURITY AGENCY, *et al.*, | |
| Defendants. | |
| VIRGINIA SHUBERT, *et al.*, | |
| Plaintiffs, | The Honorable Jeffrey S. White |
| v. | |
| BARACK OBAMA, *et al.*, | |
| Defendants. | |

Government Defendants' Administrative Motion to File Under Seal their Response to the Court's Order of July 11, 2014, *Jewel v. National Security Agency* (4:08-cv-4373-JSW), *Shubert v. Obama* (4:07-cv-693-JSW)

1 | Upon consideration of the Government Defendants' Administrative Motion to File under
2 | Seal their Response to the Court's Order of July 11, 2014, it is hereby ORDERED that the
3 | Government Defendants' motion is granted. The Government Defendants' Response to the
4 | Court's Order of July 11, 2014 shall remain under seal in its entirety.

**IT IS SO ORDERED.**

Dated:  August 4, 2014                   _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Government Defendants' Administrative Motion to File Under Seal their Response to the Court's Order of July 11, 2014, *Jewel v. National Security Agency* (4:08-cv-4373-JSW), *Shubert v. Obama* (4:07-cv-693-JSW)