CINDY COHN (SBN 145997)
cindy@eff.org
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
JAMES S. TYRE (SBN 083117)
MARK RUMOLD (SBN 279060)
ANDREW CROCKER (SBN 291596)
DAVID GREENE (SBN 160107)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  415/436-9333; Fax:  415/436-9993

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
One California Street, Suite 900
San Francisco, CA 94111
Telephone: 415/433-3200; Fax: 415/433-6382

ILANN M. MAAZEL (*pro hac vice*)
MATTHEW D. BRINCKERHOFF (*pro hac vice*)
EMERY CELLI BRINCKERHOFF & ABADY
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
*Counsel for Shubert and Jewel Plaintiffs*

RACHAEL E. MENY (SBN 178514)
rmeny@kvn.com
BENJAMIN W. BERKOWITZ (SBN 244441)
MICHAEL S. KWUN (SBN 198945)
AUDREY WALTON-HADLOCK (SBN 250574)
JUSTINA K. SESSIONS (SBN 270914)
PHILIP J. TASSIN (SBN 287787)
KEKER & VAN NEST, LLP
633 Battery Street
San Francisco, CA  94111
Telephone: 415/391-5400/Fax: 415/397-7188

THOMAS E. MOORE III (SBN 115107)
tmoore@rroyselaw.com
ROYSE LAW FIRM, PC
1717 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650/813-9700; Fax: 650/813-9777

ARAM ANTARAMIAN (SBN 239070)
aram@eff.org
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Tel.: 510/289-1626

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, | Case No.: 4:08-cv-04373-JSW |
| Plaintiffs, | [~~PROPOSED~~] **CORRECTED ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO UNSEAL** |
| v. | |
| NATIONAL SECURITY AGENCY, *et al.*, | |
| Defendants. | |
| VIRGINIA SHUBERT, *et al.*, | Case No. 4:07-cv-00693-JSW |
| Plaintiffs, | |
| v. | Courtroom 5, 2nd Floor<br>The Honorable Jeffrey S. White |
| BARACK OBAMA, President of the United States, *et al.*, | |
| Defendants. | |

1    Plaintiffs submitted a proposed order on their administrative motion to unseal on July 30,

2    2014, after defendants indicated that they did not oppose plaintiffs' motion.  The proposed order

3    submitted by plaintiffs, which was signed by the court on August 5, 2014, inadvertently omitted

4    ECF No. 255 from the *Jewel v. NSA* case.  This corrected proposed order is submitted to remedy

5    that error.

6                                               **ORDER**

7    Having considered the pleadings in this matter, and good cause appearing, Plaintiffs'

8    Administrative Motion to Unseal this Court's Order of June 12, 2014 and all related briefing on

9    that subject is GRANTED.  The Clerk of the Court is directed to unseal the following docket

10   entries: In *Jewel v. NSA*, ECF Nos. 248, 249, 250, 251, 252, **255,** 257, and 266; and in *Shubert v.*

11   *Obama*, ECF Nos. 130, 131, 132, 133, 136, 138 and 141.

12       **IT IS SO ORDERED.**

13

14

     Dated:    August 11, 2014                    _____
15                                                Hon. Jeffrey S. White
16                                                United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28   Case Nos. 08-cv-4373-                        -1-
     JSW and 07-cv-693-JSW
     ─────────────────────────────────────────────────
                    [PROPOSED] CORRECTED ORDER GRANTING PLAINTIFFS'
                         ADMINISTRATIVE MOTION TO UNSEAL