**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, ET AL., | |
| Plaintiffs, | No. C 08-04373 JSW |
| v. | |
| NATIONAL SECURITY AGENCY, ET AL., | |
| Defendants. | |
| | |
| VIRGINIA SHUBERT, ET AL., | No. C 07-00693 JSW |
| Plaintiffs, | **ORDER GRANTING MOTION FOR EXCESS PAGES, DENYING REQUEST TO STRIKE CROSS-MOTION FOR SUMMARY JUDGMENT, SETTING BRIEFING SCHEDULE AND CONTINUING HEARING** |
| v. | |
| BARACK OBAMA, ET AL., | |
| Defendants. | |

On September 29, 2014, Defendants filed an administrative motion to enlarge the page limits for its opposition to Plaintiffs' pending motion for summary judgment. Defendants seek to enlarge the page limitations on the basis that they have filed a cross-motion for summary judgment that addresses the same claim as Plaintiffs' motion. That cross-motion is noticed for a hearing on December 5, 2014. Plaintiffs oppose the Government's motion for additional pages, and they ask the Court to strike the Government's cross-motion for summary judgment.

The Court GRANTS Defendants' request for an enlargement of the Court's page limitations. The Court DENIES Plaintiffs' request to strike the cross-motion.

It is FURTHER ORDERED that Plaintiffs' reply in support of their motion and their opposition to Defendants' cross-motion shall be due on October 17, 2014. Defendants' reply in support of their cross-motion shall be due on October 31, 2014.

The Court CONTINUES the hearing on Plaintiffs' motion for summary judgment and CONTINUES the hearing on Defendants' cross-motion to December 12, 2014 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 30, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE