JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

RODNEY PATTON
Senior Trial Counsel

JULIA A. HEIMAN
Senior Counsel

OLIVIA HUSSEY SCOTT
Trial Attorney

U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 11200
Washington, D.C. 20005
Phone: (202) 514-3358
Fax: (202) 616-8470
Email:  james.gilligan@usdoj.gov

*Attorneys for the Government Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| VIRGINIA SHUBERT, *et al.*, | Case No. 4:07-cv-0693-JSW |
| Plaintiffs, | **GOVERNMENT DEFENDANTS'** |
| v. | **NOTICE OF CHANGE OF ADDRESS** |
| DONALD J. TRUMP, | [No hearing date] |
| President of the United States, *et al.*, | Courtroom 5, 2nd Floor |
| Defendants. | Hon. Jeffrey S. White |

To the Clerk of the Court and all parties of record:

Notice of Change of Address, *Shubert v. Trump*, No. 4:07-cv-0693-JSW

Please take notice of the following changes of address for counsel for the Government Defendants sued in their official capacities[1] in the above-captioned case:

| Counsel Name | For Overnight Delivery<br>Sent Via FedEx / UPS / Messenger |
|---|---|
| Anthony J. Coppolino<br>Deputy Branch Director | U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Room No. 11500<br>Washington, D.C. 20005 |
| James J. Gilligan<br>Special Litigation Counsel | U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Room No. 11200<br>Washington, D.C. 20005 |
| Rodney Patton<br>Senior Trial Attorney | U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Room No. 11022<br>Washington, D.C. 20005 |

All future correspondence and other communications sent via ***overnight delivery or messenger*** should be directed to the addresses listed above.  The above-listed attorneys may also still be reached by **regular U.S. mail** at the following address:  P.O. Box 883, Ben Franklin Station, Washington, D.C.  20044.

Counsel's phone numbers, fax numbers, and e-mail addresses remain the same.

Dated:  April 24, 2019

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Donald J. Trump, in his official capacity as President of the United States, is automatically substituted as a defendant to this action as successor to former President Barack H. Obama; Gen. Paul M. Nakasone, Director of the National Security Agency ("NSA"), is automatically substituted as a defendant to this action as successor to former NSA Director Lt. Gen. Keith B. Alexander; and William P. Barr, Attorney General of the United States, is automatically substituted as a defendant to this action as successor to former Attorney General Eric Holder.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General

        ANTHONY J. COPPOLINO
        Deputy Branch Director


        */s/ James J. Gilligan*
        JAMES J. GILLIGAN
        Special Litigation Counsel

        RODNEY PATTON
        Senior Trial Counsel

        U.S. Department of Justice,
        Civil Division, Federal Programs Branch
        1100 L Street, N.W.
        Room 11200
        Washington, D.C. 20005

        Phone:  (202) 514-3358
        Fax:     (202) 616-8470
        Email:  james.gilligan@usdoj.gov

        *Attorneys for the Government Defendants*