UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA SHUBERT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Defendants. | Case No.  07-cv-00693-JSW<br><br>**ORDER REQUIRING DISMISSAL OR JOINT STATUS UPDATE**<br><br>Re: Dkt. No. 170 |

On August 12, 2019, this Court entered a stipulated stay of this matter pending final disposition of the appeal of *Jewel v. National Security Agency*, N.D. Cal. Case No. 08-cv-04373-JSW ("*Jewel*"), which was then pending before the Ninth Circuit Court of Appeals as Case. No. 19-16066.  On August 17, 2021, the Ninth Circuit affirmed this Court's order granting summary judgment and dismissal in *Jewel*.  On October 26, 2021, the Ninth Circuit denied the petition for panel rehearing and on November 3, 2021, the Ninth Circuit issued the mandate.  On June 13, 2022, the Supreme Court of the United States denied the petition for writ of certiorari.

Accordingly, as the disposition of the appeal in *Jewel* is final, the Court HEREBY ISSUES this order requiring the parties to meet and confer and submit a dismissal or a joint status statement by no later than September 8, 2023, indicating the parties' positions on how they wish to proceed in this matter.

**IT IS SO ORDERED.**

Dated:  August 22, 2023

_____
JEFFREY S. WHITE
United States District Judge