| | |
|---|---|
| Ilann M. Maazel<br>Matthew D. Brinckerhoff<br><br>EMERY CELLI BRINCKERHOFF &<br>   ABADY LLP<br>75 Rockefeller Plaza, 20th Floor<br>New York, New York 10019<br>E-mail: imaazel@ecbawm.com<br>Telephone: (212) 763-5000<br><br>*Attorneys for Plaintiffs*<br><br>JAMES J. GILLIGAN<br>JULIA HEIMAN<br>OLIVIA HUSSEY SCOTT<br><br>Attorneys<br>U.S. Department of Justice, Civil Division<br>P.O. Box 883, Ben Franklin Station<br>Washington, D.C. 20044<br>E-mail: james.gilligan@usdoj.gov<br>Telephone:  Phone: (202) 514-3358<br><br>*Attorneys for the Government Defendants* | JEREMY SCOTT BRUMBELOW (Arkansas<br>Bar No. 96145)<br>E-mail: jeremy.brumbelow@usdoj.gov<br>Telephone:  (202) 616-4330<br><br>Senior Trial Attorney<br>United States Department of Justice<br>Civil Division, Torts Branch<br>P.O. Box 7146, Ben Franklin Station<br>Washington, D.C.  20044<br><br>*Attorney for the Individual-Capacity Defendants* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| VIRGINIA SHUBERT, *et al.*,<br><br>                          Plaintiffs,<br><br>              v.<br><br>JOSEPH R. BIDEN, in his official capacity<br>   as President of the United States,<br><br>                          Defendants.[1] | NO. 4:07-CV-00693-JSW<br><br>[~~PROPOSED~~] **ORDER VACATING<br>PRESERVATION ORDERS** |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Joseph R. Biden, in his official capacity as President of the United States, is automatically substituted as a defendant to this action as successor to former President Barack H. Obama; Gen. Paul M. Nakasone, in his official capacity as Director of the National Security Agency ("NSA"), is automatically substituted as a defendant to this action as successor to former NSA Director Lt. Gen. Keith B. Alexander, insofar as Gen. Alexander is sued in his official capacity; Merrick B. Garland, in his official capacity as Attorney General of the United States, is automatically substituted as a defendant to this action as successor to former Attorney General Eric H. Holder.

For the reasons given by the parties in their Stipulation of Dismissal filed September 8, 2023 ("Stipulation"), and to facilitate the resolution of this matter as contemplated therein,

IT IS HEREBY ORDERED THAT:

1. The Court's Order re: Preservation Issues (July 19, 2017) (ECF No. 151) and *In re NSA Telecommunications Records Litig.*, No. 3:06-md-01791, Order (N.D. Cal. Nov. 6, 2007) (ECF No. 393) are hereby VACATED;

2. The Government is hereby relieved of any further preservation obligation in this action and, for purposes of this action, is free to destroy the following data and communications referenced in the parties' Stipulation:

   (i) any remaining Internet communications metadata collected in bulk pursuant to Presidential authorization;

   (ii) any remaining telephony metadata collected in bulk pursuant to Presidential authorization;

   (iii) any remaining telephony metadata collected in bulk under FISA Section 501;

   (iv) any remaining Internet communications collected pursuant to Presidential authorization and remaining metadata about such communications; and

   (v) any remaining communications acquired through FISC-authorized Section 702 Upstream collection on or before March 17, 2017.

So ORDERED this \_\_11th\_\_ day of September, 2023.

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE